UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re: ) BK No.: 19-82300
Michele J. Lavorata )
) Chapter: 13
) Honorable Thomas M. Lynch
)
)
Debtor(s) )

## ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming before the Court on the Motion to Modify filed May 22, 2020 by Lydia S. Meyer, the standing Trustee for the Northern District of Illinois, Western Division and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this case be and the same is hereby modified increasing the plan payment to $149.00 per month commencing immediately.

Trustee's Motion to Dismiss is withdrawn.

Enter: *(signature)*

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: June 18, 2020

**Prepared by:**

LYDIA S. MEYER, Trustee
PO Box 14127
Rockford, IL 61105-4127
Phone: 815-968-5354
Fax: 815-968-5368