UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re: ) BK No.: 19-82300
Michele J Lavorata )
) Chapter: 13
) Honorable Thomas M. Lynch
)
)
Debtor(s) )

## ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY

This matter coming to be heard on the Motion of Capital One Auto Finance, a division of Capital One, N.A., to modify the automatic stay as to Debtor and non-filing Co-Debtor, Dina M. Lavorata, due notice being served on the parties of interest and this Court having jurisdiction and being fully advised on the premises, IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. §§ 362 and 1301(c) is modified so as to not restrain Capital One Auto Finance, a division of Capital One, N.A., from pursuing non bankruptcy remedies with respect to one 2016 HYUNDAI Tucson Utility 4D SE Popular 2WD 14, VIN KM8J33A42GU130410.

2. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(3), this Order will be effective immediately.

Enter: *[signature]*

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: October 01, 2020

**Prepared by:**

Jennifer Rinn

Rinn Richman Law

P.O. Box 465

Chicago, IL 60690

Phone: (586) 899-5086

jennifer@rinnrichmanlaw.com